IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3123 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIE CURRY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the trial currently set for February 28, 2011. (Filing No. 21). Defense counsel states additional time is needed to discuss a plea, resolve pretrial motions, and review outstanding discovery. Based on the showing set forth in the defendant's motion, the court finds the motion to continue should be granted.

IT IS ORDERED:

1) The defendant's unopposed motion to continue, (filing no. 21), is granted.

2) The trial of this case is continued pending resolution of defendant's motion to suppress.

February 17, 2011

BY THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge