IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3123 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| WILLIE CURRY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that defendant's motion to continue, (filing no. 28), is granted, and the evidentiary hearing on defendant's pending Motion to Quash Arrest and Suppress Evidence, (filing no. 20), will be held before the undersigned on April 15, 2010 beginning at 1:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.  Three hours have been set aside for this hearing.

DATED this 23rd day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge