## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3123 |
| | ) | |
| v. | ) | |
| | ) | FINDINGS, RECOMMENDATION |
| WILLIE CURRY, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

At the conclusion of the suppression hearing on April 15, 2011, I stated my conclusions on the record and my decision to recommend that the motion to suppress be denied. The transcript of that hearing has now been filed. (Filing No. 40). In accordance with the findings and recommendations set forth in the transcript,

IT IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that the motion to suppress, (filing no. 20), be in all respects.

Counsel are given fourteen days from the date of this order to file objections to this recommendation. The parties are notified that failure to timely object may be held to be a waiver of the right to appeal the district judge's adoption of the recommendation.

IT HEREBY IS ORDERED that trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on June 27, 2011, or as soon thereafter as the case may be called, for a duration of five (5) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 15th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge