IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3123 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WILLIE CURRY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Magistrate Judge Zwart's findings and recommendation. (Filing 41.) The defendant has filed a statement of objections (filing 42) pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1). The magistrate recommends that the defendant's motion to quash arrest and suppress evidence be denied.

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the magistrate judge's findings and recommendation should be adopted and the defendant's motion to quash arrest and suppress evidence should be denied.

Accordingly,

IT IS ORDERED that:

1. The magistrate judge's findings and recommendation (filing 41) is adopted.

2. The defendant's statement of objections (filing 42) is denied.

3. The defendant's motion to quash arrest and suppress evidence (filing 20) is denied in all respects.

DATED this 21st day of June, 2011.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.